David CARRIER, Petitioner,

v.

Hon. W. Major GARDNER, Judge, Morgan Circuit Court, Respondent.

Court of Appeals of Kentucky.

Dec. 11, 1964.

David Carrier, pro se.

W. Major Gardner, West Liberty, pro se.

MOREMEN, Judge.

Petitioner David Carrier, a prisoner, has petitioned this Court to issue a writ of mandamus ordering the Morgan Circuit Court to assign a day for hearing the motion which he had filed in that court to vacate the judgment under which he had been convicted. The petition is insuffi-

cient in that it fails to state anything but bare conclusions of the petitioner. However, the Hon. W. Major Gardner, Judge of the Morgan Circuit Court, has filed a response in which it is stated that the motion under RCr 11.42 has been sustained and a hearing on the assertions set out in said motion has been set for December 15, 1964. The case has become moot.

The petition is therefore dismissed.